UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS RUIZ,<br><br>　　　　Petitioner,<br><br>vs.<br><br>RENEE BAKER et al.,<br><br>　　　　Respondents. | 3:11-cv-00844-RCJ-WGC<br><br>**ORDER** |

　　　　Petitioner Carlos Ruiz, a prisoner in the custody of the Nevada Department of Corrections pursuant to convictions in the Second Judicial District Court of the State of Nevada, petitioned this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The Court denied the Petition.  Petitioner has asked the Court to reconsider.  The Court declines to reconsider.  Petitioner identifies no error of law or fact in the previous order but simply reiterates his claims.  Petitioner has also filed a Notice of Appeal.  The Court previously made no ruling as to a certificate of appealability but now denies one.  Petitioner has not made a substantial showing of the denial of any constitutional right as determined by the Supreme Court.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Reconsider (ECF No. 33) is DENIED.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

IT IS SO ORDERED.

Dated this 30th day of April, 2015.

_____
ROBERT C. JONES
United States District Judge